IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: CHARLES W. JULIANO, JR.<br>Debtor<br><br>......................................<br><br>SEMANOFF ORMSBY<br>GREENBERG & TORCHIA, LLC,<br>as Third Party Beneficiary of Claim of<br>James R. Cuozzo,<br><br>Plaintiff<br>v.<br><br>CHARLES W. JULIANO, JR.,<br>Debtor<br>and<br>STEVEN R. NEUNER,<br>Chapter 7 Trustee<br>Defendants | Chapter 7<br>Bankr. No. 09-10884 GMB<br><br>Adver. No. 10-02297 |

*U.S. BANKRUPTCY COURT FILED CAMDEN, NJ 9-30-10*

*Hearing on this matter will be held on 11/1/10 at 10:00 am Mitchell H. Cohen U.S. Courthouse 400 Cooper Street Camden, NJ 08101 Courtroom 4C*

*CERTIFICATION OF SERVICE OF THE MOTION WITH THIS DATE IS REQUIRED PRIOR TO THE HEARING DATE OR THE MOTION WILL BE DENIED.*

## MOTION OF JAMES R. CUOZZO TO INTERVENE PURSUANT TO RULE 7024

James R. Cuozzo hereby moves this Honorable Court to intervene as a party plaintiff in the above-captioned adversary proceeding pursuant to Fed.R.Bankr.Proc. 7024, and in support thereof respectfully represent as follows:

1. James R. Cuozzo adopts that portion of the averments in the adversary proceeding that establish that he is the true party in interest in the action and is entitled to the relief sought by Plaintiff, Semanoff, Ormsby, Greenberg and Torchia, LLC.

2. James R. Cuozzo seeks to intervene pursuant to Fed.R.Bankr.Proc. 7024 in that only he can adequately protect his interest with respect to the claims involved in the case.

WHEREFORE, James R. Cuozzo respectfully requests that this Honorable Court enter an

Order allowing him to intervene as a party plaintiff in the above-captioned action, and to fully participate in the case.

Respectfully submitted,

James R. Cuozzo